# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| OSCAR HERRERA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:24-cv-21728-JB ) |
| MANGO NY, INC., a foreign for-profit corporation, | ) ) ) |
| Defendant. | ) ) |

## SUPPLEMENTAL JOINT NOTICE OF SETTLEMENT

Defendant Mango NY, Inc. and Plaintiff Oscar Herrera (collectively, the "Parties"), by and through their respective undersigned counsel, hereby supplement their Joint Notice of Settlement dated June 6, 2024 requesting 20 days to file the appropriate dismissal documents (ECF No. 9), and advise the Court that they are continuing to complete certain conditions precedent to filing the dismissal documents in the above-captioned action, and respectfully request an additional 20 days to complete these filings, through and including July 16, 2024.

Date: June 26, 2024

**RODERICK V. HANNAH, ESQ. P.A.**
Roderick V. Hannah
Florida Bar No. 435384
Counsel for Plaintiff
4800 N. Hiatus Road
Sunrise FL 33351
T: 957-362-3800
F: 954-362-3779
Email: rhannah@rhannahlaw.com

By */s/ Roderick V. Hannah*

**LAW OFFICE OF PELAYO DURAN, P.A.**
Pelayo M. Duran
Florida Bar No. 0146595
Co-Counsel for Plaintiff
4640 N.W. 7th Street
Miami, FL 33126-2309
T: 305-266-9780
F: 305-269-8311
Email: pleadings@pelayoduran.com

By */s/ Pelayo M. Duran*

312023069v.2

2

**SEYFARTH SHAW LLP.**
Kevin M. Young
Florida Bar No. 114151
kyoung@seyfarth.com
Counsel for Defendant
1075 Peachtree St. NE, Suite 2500
Atlanta, Georgia 30309-3958
Telephone: (404) 885-1500
Facsimile:  (404) 892-7056

By  */s/ Kevin M. Young*

312023069v.2