UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  1:24-cv-21728-JB

**OSCAR HERRERA**,

     Plaintiff,

vs.

**MANGO NY, INC., a foreign
for-profit corporation**,

     Defendant.

_____/

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

     Plaintiff OSCAR HERRERA, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil

Procedure, hereby voluntarily dismisses all his claims in this action *with prejudice*, with each party

to bear his/its own attorney's fees and costs.

     Dated:  July 15, 2024

     Respectfully submitted,

**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
4800 N. Hiatus Road
Sunrise, FL 33351
T. 954/362-3800
954/362-3779 (Facsimile)
Email:  rhannah@rhannahlaw.com


By_____*s/ Roderick V. Hannah*_____
     RODERICK V. HANNAH
     Fla. Bar No. 435384

**LAW OFFICE OF PELAYO
DURAN, P.A.**
Co-Counsel for Plaintiff
4640 N.W. 7th Street
Miami, FL 33126-2309
T. 305/266-9780
305/269-8311 (Facsimile)
Email: pduran@pelayoduran.com


By ____*s/ Pelayo M. Duran*_____
     PELAYO M. DURAN
     Fla. Bar No. 0146595

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 15th day of July, 2024, a true and correct of the foregoing

was electronically filed and served via transmission of Notice of Electronic Filing generated by

CM/ECF on all counsel or parties of record on the Service List below:

Kevin M. Young, Esq.
SEFARTH SHAW LLLP
1075 Peachtree Street NE, Suite 2500
Atlanta, GA  30309-3958
(404) 885-1500
kyoung@seyfarth.com

*Attorneys for Defendant*
*MANGO NY, INC.*

*/s/ Roderick V. Hannah*
Roderick V. Hannah